UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT RAY LOCKE,

    Plaintiff,

v.

PIERCE COUNTY SHERIFF, et al.,

    Defendants.

CASE NO. C11-5754BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's complaint is **DISMISSED without prejudice** and the dismissal counts as a **STRIKE** under 28 U.S.C. § 1915(g).

Dated this 19th day of March, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER